**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 98-7631**

————————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CURTIS ANTHONY HAYNES,

Defendant - Appellant.

————————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CR-95-353-A)

————————————

Submitted: March 30, 1999          Decided: April 19, 1999

————————————

Before WIDENER, ERVIN, and LUTTIG, Circuit Judges.

————————————

Affirmed by unpublished per curiam opinion.

————————————

Curtis Anthony Haynes, Appellant Pro Se. Scott Stewart Dahl, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

————————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Curtis Anthony Haynes appeals the district court's order denying Haynes' motion for modification of his sentence. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court.* See United States v. Haynes, No. CR-95-353-A (E.D. Va. Oct. 16, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

* Haynes' motions for stay, default judgment, and for remand are denied.